IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS and ROBERT WALL                                    PLAINTIFFS

VERSUS                                           CIVIL ACTION NO. 5:08cv261-DCB-MTP

SUSIE BRADSHAW, et al.                                              DEFENDANTS

ORDER

Before the Court is plaintiffs' Emergency Motion to Stay Presidential Elections [8]. The Court entered an order [4] on September 5, 2008, severing the instant civil action into two separate cases and dismissing this action without prejudice so that each plaintiff could pursue his own individual case. The plaintiffs' motion for reconsideration [6] was denied by an order [7] entered on September 30, 2008, and this case remains closed.

Having reviewed the motion [8] and the records, this Court finds that the Emergency Motion to Stay Presidential Elections [8] has been filed in each of the plaintiff's pending individual civil actions, civil action numbers <u>Banks v. Bradshaw, et al.</u>, 5:08cv276DCB-MTP and <u>Wall v. Bradshaw, et al.</u>, 5:08cv277DCB-MTP. Therefore, this Court finds that the plaintiffs' Emergency Motion to Stay Presidential Elections [8] is not well taken in the instant civil action and will be denied. Accordingly, it is hereby,

ORDERED that the Plaintiffs' Emergency Motion to Stay Presidential Elections [8] is **denied**.

THIS, the ___23rd___ day of October, 2008.

                                                ___s/ David Bramlette___
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT JUDGE